UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:15-CR-00041- -MOC-DCK-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **SAMUEL HENRY VINCI JR.,** ) | |
| ) | |
| **Defendant**. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant's pro se Motion for Compassionate Release. See Doc. No. 45. Having reviewed the motion, the Court finds that a response from the Government is needed to fully consider its merits. Therefore, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's Motion for Compassionate Release within **seven days** of the entry of this Order.

Signed: October 15, 2020

Max O. Cogburn Jr
United States District Judge